IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DAVID LEE OLIVER, | § | |
| Petitioner, | § § § | |
| v. | § | 2:07-CV-0116 |
| NATHANIEL QUARTERMAN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § | |
| Respondent. | § § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*, and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a federal writ of habeas corpus challenging a prison disciplinary case. On July 3, 2007, the United States Magistrate Judge entered a Report and Recommendation in this cause, recommending therein that the instant habeas application be dismissed for failure to pay the requisite filing fee. On July 16, 2007, petitioner filed objections to the Magistrate Judge's Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. Petitioner's objections are without merit and are hereby OVERRULED, and the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, petitioner's Application to Proceed *In Forma Pauperis* is DENIED, and the petition for a writ of habeas corpus is DISMISSED.

IT IS SO ORDERED.

ENTERED this _19th_ day of _July_ 2007.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE